# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | DOCKET NO. 3:20-CR-45(CAR) |
| RAUL DOMINGUEZ HERNANDEZ, : | |
| Defendant. : | |

## ORDER TO DISMISS INDICTMENT AS TO RAUL DOMINGUEZ HERNANDEZ

Before the Court is the Government's Motion to Dismiss the Indictment as to Defendant Raul Dominguez Hernandez. The Government has indicated that the Defendant has completed a Pre-Trial Diversion Program.

The Court, having reviewed the motion, finds good cause exists to grant the Government's motion to dismiss. Accordingly, pursuant to Rule 48(a), the charge against Defendant Raul Dominguez Hernandez is DISMISSED.

**SO ORDERED**, this 24th day of May, 2022.

s/C. Ashley Royal
C. ASHLEY ROYAL
SENIOR UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA